April 12, 1979

408 A.2d 525

Commonwealth v. Arzonica, Appellant.

Petition for Allowance of Appeal Denied Sept. 19, 1979.

Submitted September 21, 1977. Lois B. Anderson, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., concurred in the result.

JACOBS and WATKINS, former P. JJ., and HOFFMAN, J., did not participate in the consideration or decision of this case.